IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PIKE CREEK RECREATIONAL SERVICES, LLC, | § § § | No. 36, 2014 |
| Defendant-Petitioner Below, Appellant, | § § § § § | Court Below:  Court of Chancery of the State of Delaware |
| v. | § § | |
| NEW CASTLE COUNTY, Subdivision of the State of Delaware, | § § § § § | C.A. No. 5969-JW, consolidated with C.A. No. N10M-12-005 (PRW) |
| Plaintiff-Respondent Below, Appellee. | § § § § | |

Submitted:   November 12, 2014
Decided:     November 13, 2014

Before **STRINE**, Chief Justice; **RIDGELY** and **VALIHURA**, Justices.

# O R D E R

This 13th day of November 2014, the Court, after hearing oral argument and upon consideration of the record in this case, as well as all arguments fairly presented to the court below, has concluded that this appeal should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its reissued Opinion;[1] and its Opinion and Order,[2] both issued on December 30, 2013;

---

[1] *New Castle Cnty. v. Pike Creek Recreational Servs., LLC*, 82 A.3d 731 (Del. Ch. 2013).

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

_/s/ Leo E. Strine, Jr._

Chief Justice

---

[2] *New Castle Cnty. v. Pike Creek Recreational Servs., LLC*, 2013 WL 6904387(Del. Ch. Dec. 30, 2013).